Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 CASES |
| FRAC SPECIALISTS, LLC, | CASE NO. 15-41974-dml-11 |
| CEMENT SPECIALISTS, LLC, | CASE NO. 15-41975-dml-11 |
| ACID SPECIALISTS, LLC, | CASE NO. 15-41976-dml-11 |
| DEBTORS. | Jointly Administered Under Case No. 15-41974-dml-11 |
| | HEARING DATE AND TIME: June 4, 2015 at 10:30 a.m. |

## NOTICE OF FINAL HEARING

**PLEASE TAKE NOTICE** that a final hearing on *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral and Granting Adequate Protection* [Docket No. 5, Case No. 15-41974 and Docket No. 4, Cases No. 15-41975 and 15-41976] has been set for **June 4, 2015 at 10:30 a.m.** before the Honorable D. Michael Lynn, United States Bankruptcy Judge for the Northern District of Texas, Fort Worth Division, United States Courthouse, 501 West Tenth Street, Room 128, Fort Worth, Texas 76102.

Dated: May 26, 2015.

        Respectfully submitted,

        /s/ Lynda L. Lankford
        Jeff P. Prostok
        State Bar No. 16352500
        Lynda L. Lankford
        State Bar No. 11935020
        FORSHEY & PROSTOK, L.L.P.
        777 Main Street, Suite 1290
        Fort Worth, Texas 76102
        Phone: (817) 877-8855
        Fax: (817) 877-4151

        PROPOSED COUNSEL FOR THE DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the office of the United States Trustee for the Northern District of Texas, the counsel for Capital One, the holders of the twenty (20) largest unsecured claims against the Debtors, and parties filing a notice of appearance via United States Mail, first class postage prepaid and via ECF electronic Notice, if available, on May 26, 2015.

        /s/ Lynda L. Lankford
        Lynda L. Lankford

L:\JPROSTOK\Frac Specialists (C11) #5756\Pleadings\NOH - June 4, 2015 (final cash collateral).docx

**Service List**
**Frac Specialists, et al.**
**#5756**

Frac Specialists, LLC
Attn: Larry P. Noble
PO Box 11342
Midland, TX 75028

Cement Specialists, LLC
Attn: Larry P. Noble
PO Box 11342
Midland, TX 75028

Acid Specialists, LLC
Attn: Larry P. Noble
PO Box 11342
Midland, TX 75028

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

U.S. Trustee
1100 Commerce St., Room 976
Dallas, TX 75242

Capital One, N.A.
Attn: Seth P. Allen
600 North Pearl, Suite 2500
Dallas, TX 75201

Capital One, N.A.
c/o Jason DuVall
Squire Patton Boggs (US) LLP
2000 McKinney Ave., Suite 1700
Dallas, TX 75201

Bank of the West, Trinity Div.
475 Sansome St., 19th Floor
San Francisco, CA 94111

Corporation Service Company,
as Representative
PO Box 2576
Springfield, IL 62708

EH National Bank
3100 Bristol St., Suite 150
Costa Mesa, CA 92626

First National Capital, LLC
1029 Highway 6 North, Suite 650-283
Houston, TX 77079

MB Financial Bank, N.A.
6111 North River Rd.
Rosemont, IL 60018

Noble Natural Resources, LLC
2033 Taylor Court
Flower Mound, TX 75028

Prime Alliance Bank
1868 S. 500 W.
Woods Cross, UT 84087

Signature Business Leasing LLC
225 Broadhollow Rd., Suite 132W
Melville, NY 11747

Summit Funding Group, Inc.
4680 Parkway Dr., Suite 300
Mason, OH 45040

Susquehanna Commercial Finance, Inc.
2 Country View Road, Suite 300
Malvern, PA 19355

Wells Fargo Equipment Finance, Inc.
733 Marquette Ave., Suite 700
Minneapolis, MN 55402

Karen Hood Tax Assessor Collector
Midland County Tax Office
PO Box 712
Midland TX 79702

Midland Central Appraisal District
4631 Andrews Highway
PO Box 908002
Midland, TX 79708-0002

Texas Comptroller of Public Accounts
PO Box 149348
Austin, TX 78714

**TWENTY LARGEST UNSECURED CREDITORS**

ASK Industries, Inc.
Community National Bank
PO Box 1191
Midland, TX 79702

Catalyst Oilfield Services
PO Box 8485
Midland, TX 79708

Chemplex Advanced Materials, LLC
PO Box 203576
Dallas, TX 75320-3576

Diamond Fleet Parts
1925 W. 2nd
Odessa, TX 79763

Dragon Products, Ltd.
PO Box 3127
Beaumont, TX 77704-3127

Economy Polymers & Chemicals
PO Box 301668
Dallas, TX 75303-1668

Energy & Environmental Services
PO Box 14726
Oklahoma City, OK 73113

Forum Flow Equipment
Forum US, Inc.
PO Box 203440
Dallas, TX 75320-3440

IV Kings
PO Box 216
Andrews, TX 79714

Kendrick Oil Co.
PO Box 788
Friona, TX 79053

L & W Diesel Service
PO Box 4635
Odessa, TX 79760

L&O Xtreme Hauling, LLC
PO Box 1191
Midland, TX 79702

Pel-State Services
PO Box 95386
Grapevine, TX 76099-9734

Precision Hydraulic Technology, Inc.
PO Box 2232
Odessa, TX 79760

Soil Mender Products, LP
3071 Highway 86
Tulia, TX 79088

Sun Coast Resources, Inc.
PO Box 202603
Dallas, TX 75320

Texas Department of Transportation
135 Slaton Road
Lubbock, TX 79404

TSI Flow Products
TSI-Accounting
PO Box 38709
Houston, TX 77238

WadeCo Specialties, LLC
PO Box 60634
Midland, TX 79711

Warren Cat
Cat Commercial Accounts
PO Box 905229
Charlotte, NC 28290-5229

Allen Compressor Repair
PO Box 1530
Snyder, TX 79550

Bettico, Inc.
9515 Santa Clara Dr.
Fort Worth, TX 76116

Buzzi Unicem USA - Cement
15293 Collections Center Dr.
Chicago, IL 60693

Cemex
PO Box 730197
Dallas, TX 75373-0197

Double T Oilfield Service LLC
2606 Douglas
San Angelo, TX 76904

FleetPride, Inc.
PO Box 874118
Dallas, TX 75284-7118

G & A Fabrication
6200 E. Highway 80
Midland, TX 79706

Grand Services
PO Box 1946
Midland, TX 79702

GulfStream Services, Inc.
Dept. 3254
PO Box 123254
Dallas, TX 75312-3254

Keystone Oilfield Fabrication, LLC
1870 FM 407
Rhome, TX 76078

LaFarge North America Inc.
Dept. 2393
PO Box 122393
Dallas, TX 75312-2393

Lone Star Safety & Supply, Inc.
PO Box 29131
Dallas, TX 75229-0131

Mass Flow Technology, Inc.
3523 N. Highway 146
Baytown, TX 77520

Mudsmith
PO Box 50723
Midland, TX 79710

Oilfield Equipment Sales
5320 FM 902
Gainesville, TX 76240

T & T Transports Inc.
PO Box 872
Colorado City, TX 79512

Teletrac, Inc.
32472 Collection Center Dr.
Chicago, IL 60693-0324

TOC Trucking, LLC
3900 S. CR 1195
Midland, TX 79706

B-Line Filter & Supply Inc.
PO Box 4598
Odessa, TX 79760

CNR Chemical Division, Inc.
Energy Services Group, Inc.
Dept. 2494
Tulsa, OK 74182

Cooper Natural Resources
Energy Services Group, Inc.
Dept. 2494
Tulsa, OK 74182

Custom Chemical Services, LLC
PO Box 441
Santa Fe, TX 77510

Energy Products, Inc.
PO Box 9471
Tulsa, OK 74157

FC Pro, LLC
PO Box 677496
Dallas, TX 75267-7496

FSTI, Inc.
PO Box 716
San Antonio, TX 78293

GDL Industrial Electronic
PO Box 8409
Midland, TX 79708

Interstate Batteries
PO Box 60264
Midland, TX 79711

Reagent Chemical & Research, Inc.
PO Box 416228
Boston, MA 02241-6228

Rock Water Energy Solutions
Reef Services, LLC
Dept. 18703
PO Box 203187
Dallas, TX 75320

Salt and Light Energy Equipment LLC
1910 Pacific Ave., Suite 15300
Dallas, TX 75201

Thomas Petroleum
Fuels, Lubricants, Chemicals
PO Box 677289
Dallas, TX 75267-7289

Titan Lansing Transloading, LLC
2117 Commerce Dr.
Levelland, TX 79336

Trinity Reserve, Inc.
PO Box 115
Argyle, TX 76226-9998

TRIinternational, Inc.
600 Stewart St., Suite 1801
Seattle, WA 98101

Valley Solvents & Chemicals
PO Box 18
Combes, TX 78535

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE PARTIES**

Capital One, N.A.
c/o Courtney S. Lauer
Gordon, Arata, McCollam, et al.
1980 Post Oak Blvd., Suite 1800
Houston, TX 77056

Capital One, N.A.
c/o Louis M. Phillips
Gordon, Arata, McCollam, et al.
One American Place
301 Main St., Suite 1600
Baton Rouge, LA 70801-1916

Kendrick Oil Company
c/o John Massouh
Sprouse Shrader Smith PLLC
701 S. Taylor, Suite 500
PO Box 15008
Amarillo, TX 79105-5008

Community National Bank
c/o Michael G. Kelly
Kelly Morgan Dennis, et al.
PO Box 1311
Odessa, TX 79760-1311

TSI Flow Products
c/o George A. Kurisky, Jr.
Johnson DeLuca Kurisky & Gould, PC
4 Houston Center
1221 Lamar, Suite 1000
Houston, TX 77010

Van Zandt Supply, Ltd. dba VZ Environmental
c/o Robert A. Simon
Whitaker Chalk Swindle & Schwartz, PLLC
301 Commerce St., Suite 3500
Fort Worth, TX 76102

Bank of the West
c/o Thomas Scannell
Gardere Wynne Sewell LLP
1601 Elm St., Suite 3000
Dallas, TX 75201

CIT Finance, LLC
c/o Brent R. McIlwain/Alvin F. Benton, Jr.
Holland & Knight LLP
200 Crescent Court, Suite 1600
Dallas, TX 75201

Salt & Light Energy Equipment LLC
c/o Israel R. Silvas/Elisaveta Dolghih
Godwin Lewis PC
1201 Elm St., Suite 1700
Dallas, TX 75270-2041

Texas Comptroller of Public Accounts
c/o Jason A. Starks, Asst. Attorney General
Bankruptcy & Collections Div. MC 008
PO Box 12548
Austin, TX 78711-2548

Wells Fargo Equipment Finance, Inc.
c/o Larry Chek
Palmer & Manuel, LLP
8350 N. Central Expressway, Suite 1111
Dallas, TX 75206